Decided February 11, 2004

## ERIC KING *v.* COMMISSIONER OF CORRECTION

The petitioner Eric King's petition for certification for appeal from the Appellate Court, 80 Conn. App. 580 (AC 23734), is denied.

*Judith M. Wildfeuer*, assistant public defender, in support of the petition.

Decided February 11, 2004